JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE DIAZ, ) | Case No. CV 06-2434-FMC (RNB) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| A.W. CASTALAN, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: December 29, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/30/08

_____
DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY